

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

December 12, 2014

Ms. Emily Newell
Westgate Building, Suite 313
1122 Colorado Street
TX, 78701
* DELIVERED VIA E-MAIL *

Ms. Mary E. Allen
General Delivery
823 Congress Suite 150
Austin, TX 78701

DANA DESEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS
2014 DEC 15 AM 9: 25
FILED FOR RECORD

RE:     Court of Appeals Number:    03-14-00670-CV
        Trial Court Case Number:    C-1-CV-14-007235

Style:  Mary E. Allen
        v. Wells Branch Self Storage

Dear Counsel:

On December 11, 2014, the one-volume clerk's record was filed in this Court.

Please be advised appellant's docketing statement is past due and **must** be submitted as soon as possible.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: _Courtland Crocker_

Courtland Crocker, Deputy Clerk

cc:    The Honorable Dana DeBeauvoir

Case # C-1-CV-14-007235

000930191